

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| UNITED STATES OF AMERICA | ) | 4:20CR 00327 LPR |
| --- | --- | --- |
| | ) | |
| v. | ) | 18 U.S.C. § 1591 |
| | ) | 18 U.S.C. § 1201(a)(1) |
| ALEXUS HARRIS | ) | 18 U.S.C. § 875(b) |
| | ) | 18 U.S.C. § 2423(a) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Between on or about September 1, 2020, through on or about September 4, 2020, in the Eastern District of Arkansas, and elsewhere, the defendant,

ALEXUS HARRIS,

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person, to wit, T.W., knowing and in reckless disregard of the fact that (1) means of force, threats of force, fraud, coercion and any combination of such means will be used to cause the person to engage in a commercial sex act and (2) the minor would be caused to engage in a commercial sex act, having had a reasonable opportunity to observe the minor and knowing and in reckless disregard of the fact that the minor had not attained the age of 18 years.

All in violation of Title 18, United States Code, Section 1591(a).

### COUNT TWO

Between on or about September 1, 2020, through on or about September 4, 2020, in the Eastern District of Arkansas, and elsewhere, the defendant,

ALEXUS HARRIS,

did unlawfully seize, confine, kidnap, abduct, inveigle, carry away and hold T.W., without her consent, for money and, in committing or in furtherance of the commission of the offense, T.W. was willfully transported and traveled in interstate commerce from Arkansas to Tennessee.

All in violation of Title 18, United States Code, Section 1201(a)(1).

## COUNT THREE

Between on or about September 1, 2020, through on or about September 4, 2020, in the Eastern District of Arkansas, and elsewhere, the defendant,

ALEXUS HARRIS,

knowingly and with intent to extort money, did transmit in interstate commerce a threat to injure the person of another, to wit, the defendant made a Facebook Messenger video call to Person A wherein T.W. stated the defendant and others were going to harm her, to include killing her, if they did not send money to T.W.'s CashApp.

All in violation of Title 18, United States Code, Section 875(b).

## COUNT FOUR

Between on or about September 1, 2020, through on or about September 4, 2020, in the Eastern District of Arkansas, and elsewhere, the defendant,

ALEXUS HARRIS,

did knowingly transport an individual, T.W., who had not attained the age of 18 years in interstate commerce, with the intent that such individual engage in prostitution and sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2423(a).

## COUNT FIVE

Between on or about September 1, 2020, through on or about September 10, 2020, in the Eastern District of Arkansas, and elsewhere, the defendant,

ALEXUS HARRIS,

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person, to wit, K.D., knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion and any combination of such means will be used to cause the person to engage in a commercial sex act.

## FORFEITURE ALLEGATION ONE

Upon conviction of Count One, Two, Three, Four, or Five of this Indictment, the defendant, ALEXUS HARRIS, shall forfeit to the United States, under Title 18, United States Code, Section 2253(a)(3), all property, real or personal, used or intended to be used to commit or to promote the commission of the offense and all property traceable to the property used or intended to be used to commit the offense.