# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                     **PLAINTIFF**

**v.**                          **CASE NO.  4:20-CR-00327-01  LPR**

**ALEXUS HARRIS**                                               **DEFENDANT**

## ORDER

On February 24, 2021, the psychiatric reports of defendant Alexus Harris were received under seal.  Copies of the reports were provided to counsel for the United States and counsel for Ms. Harris.  In the Court's Order of November 23, 2020, counsel were directed to file a motion for hearing regarding any issues in the reports, or to file a motion in opposition to the reports, within 14 days from receipt of the reports (Doc. No. 14).  No opposition to the psychiatric reports have been filed, and no hearing regarding the reports has been requested by either party. After careful review and consideration, the conclusions stated in the reports are adopted as the conclusions and findings of this Court.

IT IS SO ORDERED this 15th day of March 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE