# MEMORANDUM

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 29 2021

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

**DATE:** _____3/28/2021_____

**TO:** Criminal Docket Clerk

**FROM:** Melissa Nannen
Investigative Analyst
U.S. Marshals Service

**RE:** Defendant in custody of U.S. Marshals Service

_____
(Date)
Defendant taken into U.S. Marshal Service custody on a detainer from: _____.

_____
(Date)
Defendant in U.S. Marshal Service custody on a WHCAP / ASR-P from: _____.

_____
(Date)
Defendant taken into U.S. Marshal Service custody on a Warrant of Removal.

___3/25/21___
(Date)
Defendant taken into U.S. Marshal Service custody on a Return Psychiatric Study.

_____
(Date)
Defendant returned to custody of _____
                                    (State)

_____
(Date)
Defendant returned to custody of _____
                                    (Another District)

**CASE NO.** _____4:20CR327_____

**DEFENDANT'S NAME** ___Alexus Harris___