## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                              **Plaintiff**

**v.**                               **Case No.: 4:20−cr−00327−LPR**

**Alexus Harris**                                                                          **Defendant**

---

## NOTICE OF VIDEO HEARING

     PLEASE take notice that a Arraignment has been set by videoconference in this case for March 31, 2021, at 04:00 PM before Magistrate Judge Joe J. Volpe in Little Rock Courtroom # 2C in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas. Parties must submit all video exhibits in advance of the proceeding.

**DATE:** March 30, 2021                              AT THE DIRECTION OF THE COURT
                                                      JAMES W. McCORMACK, CLERK

                                                      **By:** _Lorna E. Jones, Deputy Clerk_

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas