IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                          PLAINTIFF

V.                                             CASE NO. 4:20CR00327 LPR

ALEXUS HARRIS                                                                                        DEFENDANT

## MOTION FOR PRETRIAL RELEASE

COMES now the Defendant, Alexus Harris ("Harris"), by and through her attorney, Annie Depper of Fuqua Campbell, P.A., and for her Motion for Pretrial Release, states as follows:

1. Pursuant to a November 5, 2020 Indictment, Harris is charged with sex trafficking in violation of 18 U.S.C. § 1591, transportation with intent to engage in criminal sexual activity in violation of 18 U.S.C. § 2423(a), kidnapping in violation of 18 U.S.C. § 1201, and extortion in violation of 18 U.S.C. § 875.

2. At the October 21, 2020 initial appearance, the Court ordered a psychological evaluation and declined to address the issue of bond.

3. Harris was arraigned on March 31, 2021. At her plea and arraignment, Harris entered a plea of not guilty and reserved her right to request a bond hearing.

4. Harris proposes that she be released to the custody of her fiancé, Prince Yancy, placed on electronic monitoring, and ordered to take part in outpatient mental health treatment.

5. Harris does not request that she be released during the entire pendency of pre-trial. Rather, Harris requests to be released for a period of two weeks to get her affairs in order and visit with her young daughter.

6. Harris submits that she is not a flight risk nor a danger to the community and should be released pending trial. However, to the extent that the Court determines otherwise, the proposed release conditions will reasonably assure her appearance and the safety of the community.

7. Determinations of pre-trial detention or release are governed by 18 U.S.C. § 3142. In analyzing the issue, courts must decide whether there is any condition or combination of conditions set forth in 18 U.S.C. § 3142(c) that would reasonably assure the appearance of the defendant and the safety of any other person and the community.

8. Multiple factors are analyzed by courts in reaching a decision of release or detention. They are the following:

> (a) the nature and circumstances of the offense charged, including whether the offense is a crime of violence, a violation of section 1591, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;
>
> (b) the weight of the evidence against the person;
>
> (c) the history and characteristics of the person, including –
>
>> (i) the person's character, physical and mental condition, family ties, employment, financial resources, length of residence in the community, community ties, past conduct, history relating to drug or alcohol abuse, criminal history, and record concerning appearance at court proceedings; and
>>
>> (ii) whether, at the time of the current offense or arrest, the person was on probation, on parole, or on other release pending trial, sentencing, appeal, or completion of sentence for an offense under Federal, State, or local law; and
>
> (d) the nature and seriousness of the danger to any person or the community that would be posed by the persons' release.

18 U.S.C. § 3142(g).

9. These factors weigh in favor of release.

10. Harris's fiancée, Prince Yancy, is a resident of Little Rock, Arkansas. He is employed by Advanced Auto Parts and has no felony convictions.

11. Harris has been a resident of Arkansas for the majority of her life. Residing in central Arkansas are her fiancée, young daughter, mother, father, and siblings. Because of her strong ties to the community, Harris is not a flight risk.

12. None of Harris's prior criminal convictions include drugs and Harris has no history of drug or alcohol abuse.

13. Harris has a history of mental health issues, issues that can best be addressed through mental health treatment during pre-trial release. While Harris only requests a short pre-trial release, it may be sufficient time for a mental health evaluation and the establishment of a treatment plan.

14. Undersigned counsel has contacted the Assistant United States Attorney, Kristin Bryant. Ms. Bryant objects to the proposed release plan.

WHEREFORE, the Defendant, Alexus Harris, prays that the Court set a hearing on this motion, that her Motion for Pretrial Release be granted, and for all other just and proper relief to which she is entitled.

    Respectfully submitted,

    ANNIE DEPPER
    Ark. Bar No. 2009267
    adepper@fc-lawyers.com

    **FUQUA CAMPBELL, P.A.**
    Attorneys at Law
    3700 Cantrell Road, Suite 205
    Little Rock, Arkansas 72202
    (501) 374-0200
    (501) 975-7153 (facsimile)

    Attorneys for Defendant