IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

v.  Case No. 4:20-cr-00327-1-LPR

ALEXUS HARRIS

### ORDER OF DETENTION

Defendant appeared with counsel on this date for a hearing pursuant to the Bail Reform Act. Based upon the nature and circumstances of the offenses charged, Defendant's substantial criminal history, and the unsuitability of the proposed release plan, I find Defendant has not overcome the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e). Therefore, the Motion for Release from Custody (Doc. No. 30) is DENIED and the Defendant is remanded to the custody of the United States Marshal.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel.[1] Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

SO ORDERED this 4th day of May 2021.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The intent of this provision is to ensure defense counsel experiences no unnecessary obstruction communicating with the Defendant in person, by telephone, or (if possible) by video-teleconference.