IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                              CASE NO. 4:20CR00327 LPR

ALEXUS HARRIS                                                         DEFENDANT

## MOTION FOR CONTINUANCE

COMES now the Defendant, Alexus Harris ("Defendant"), by and through her counsel, Annie Depper, and for her Motion for Continuance, states as follows:

1. This case is currently set for trial on July 12, 2021.

2. Title 18, United States Code, section 3161(h)(7)(B) controls the decision of whether or not to grant a continuance. The factors the Court may consider include 1) whether the failure to grant a continuance would result in a miscarriage of justice; 2) whether the case presents unusual or complex circumstances that it would be unreasonable to expect adequate preparation in the time originally allotted; and, 3) in a case that is not unusual or complex, whether the failure to grant a continuance would unreasonably deny the defendant continuity of counsel or a reasonable time for effective preparation, taking into account the exercise of due diligence.

3. A continuance is necessary in this case. Defense counsel needs additional time to review discovery with the Defendant, pursue pretrial matters, and if necessary, prepare for trial.

4. Further, defense counsel is currently preparing for three separate jury trials in cases that are older than the instant action. Those trials are set to begin July 26, 2021 (*United States v. Gilbert Baker*, Case No. 4:19CR00031 DPM), August 9, 2021 (*Marziale v. Correct Care Solutions, LLC, et al.*, Case No. 5:18CV00086 DPM), and September 7, 2021 (*United States v. Donald Bill Smith*, Case No. 4:19CR514 DPM).

5.	Accordingly, the Defendant respectfully requests that the Court grant a 180-day continuance in this case and hereby certifies that this motion is brought in good faith, and not for the purpose of delay or any other improper purpose. The motion is made to ensure the Defendant will receive full and effective representation, pursuant to 18 U.SC. § 3161(h)(7)(B)(iv). The Defendant asserts that the ends of justice will best be served by granting a continuance.

6.	The government has no objection to a continuance.

7.	The additional time occasioned by the Court's granting of this motion is excludable under the Speedy Trial Act.

WHEREFORE, the Defendant, Alexus Harris, respectfully prays that this Court grant her Motion for Continuance and for all other just and proper relief.

Respectfully submitted,

ANNIE DEPPER
Ark. Bar No. 2009267
adepper@fc-lawyers.com

**FUQUA CAMPBELL, P.A.**
Attorneys at Law
3700 Cantrell Road, Suite 205
Little Rock, Arkansas 72202
(501) 374-0200
(501) 975-7153 (facsimile)

Attorneys for the Defendant