IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:20CR00327 LRR KGB |
| | ) | |
| v. | ) | 18 U.S.C. § 1591(a) |
| | ) | 18 U.S.C. § 1594(c) |
| | ) | 18 U.S.C. § 1201(a)(1) |
| ALEXUS HARRIS | ) | 18 U.S.C. § 875(b) |
| SHATANNA JAMES | ) | 18 U.S.C. § 2423(a) |
| aka "Shadow" | ) | |
| PAUL WILLIAMS | ) | |
| aka "Shadow" | ) | |
| REGINALD HARRIS | ) | |
| aka "Reggie" | ) | |
| D'ANGELO WILLIS | ) | |
| aka "Dlow" | ) | |
| VICTORIAH CARTIER | ) | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

Between on or about September 1, 2020, through on or about September 4, 2020, in the Eastern District of Arkansas, and elsewhere, the defendants,

ALEXUS HARRIS,
SHATANNA JAMES,
aka "Shadow,"
PAUL WILLIAMS,
aka "Shadow,"
REGINALD HARRIS,
aka "Reggie,"
D'ANGELO WILLIS,
aka "Dlow," and
VICTORIAH CARTIER,

did knowingly, in and affecting interstate commerce, conspire to recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person, namely, T.W., knowing and in reckless disregard of the fact that (1) means of force, threats of force, fraud,

coercion and any combination of such means will be used to cause the person to engage in a commercial sex act and (2) the minor would be caused to engage in a commercial sex act, having had a reasonable opportunity to observe the minor and knowing and in reckless disregard of the fact that the minor had not attained the age of 18 years, in violation of Title 18, United States Code, Section 1591(a).

All in violation of Title 18, United States Code, Section 1594(c).

## COUNT TWO

Between on or about September 1, 2020, through on or about September 4, 2020, in the Eastern District of Arkansas, and elsewhere, the defendants,

ALEXUS HARRIS, and
REGINALD HARRIS,
aka "Reggie,"

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person, namely, T.W., knowing and in reckless disregard of the fact that (1) means of force, threats of force, fraud, coercion and any combination of such means will be used to cause the person to engage in a commercial sex act and (2) the minor would be caused to engage in a commercial sex act, having had a reasonable opportunity to observe the minor and knowing and in reckless disregard of the fact that the minor had not attained the age of 18 years.

All in violation of Title 18, United States Code, Section 1591(a).

## COUNT THREE

Between on or about September 1, 2020, through on or about September 4, 2020, in the Eastern District of Arkansas, and elsewhere, the defendant,

ALEXUS HARRIS,

did unlawfully seize, confine, kidnap, abduct, inveigle, decoy, carry away and hold T.W., without her consent, for money and, in committing or in furtherance of the commission of the offense, T.W. was willfully transported in interstate commerce from Arkansas to Tennessee, and the defendant traveled in interstate commerce from Arkansas to Tennessee.

All in violation of Title 18, United States Code, Section 1201(a)(1).

## COUNT FOUR

Between on or about September 1, 2020, through on or about September 4, 2020, in the Eastern District of Arkansas, and elsewhere, the defendants,

ALEXUS HARRIS,
SHATANNA JAMES,
aka "Shadow,"
PAUL WILLIAMS, and
aka "Shadow,"

knowingly and with intent to extort money, did transmit in interstate commerce a threat to injure the person of another, that is: the defendants made a Facebook Messenger video call to Person A wherein T.W. stated the defendants and others were going to harm her, to include killing her, if Person A did not send money to T.W.'s CashApp.

All in violation of Title 18, United States Code, Section 875(b).

## COUNT FIVE

Between on or about September 1, 2020, through on or about September 4, 2020, in the Eastern District of Arkansas, and elsewhere, the defendant,

ALEXUS HARRIS,

did knowingly transport an individual, namely: T.W., who had not attained the age of 18 years, in interstate commerce, with the intent that such individual engage in prostitution and sexual activity for which any person can be charged with a criminal offense.

All in violation of Title 18, United States Code, Section 2423(a).

## COUNT SIX

Between on or about September 1, 2020, through on or about September 10, 2020, in the Eastern District of Arkansas, and elsewhere, the defendants,

> ALEXUS HARRIS,
> SHATANNA JAMES,
> aka "Shadow,"
> PAUL WILLIAMS,
> aka "Shadow,"
> REGINALD HARRIS,
> aka "Reggie,"
> D'ANGELO WILLIS,
> aka "Dlow," and
> VICTORIAH CARTIER,

did knowingly, in and affecting interstate commerce, conspire to recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person, namely, K.D., knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion and any combination of such means will be used to cause the person to engage in a commercial sex act, in violation of Title 18, United States Code, Section 1591(a).

All in violation of Title 18, United States Code, Section 1594(c).

## COUNT SEVEN

Between on or about September 1, 2020, through on or about September 10, 2020, in the Eastern District of Arkansas, and elsewhere, the defendants,

ALEXUS HARRIS, and
REGINALD HARRIS,
aka "Reggie,"

did knowingly, in and affecting interstate recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person, namely: K.D., knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion and any combination of such means will be used to cause the person to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1591(a).

## FORFEITURE ALLEGATION ONE

Upon conviction of any crime charged in Counts One through Eight of this Superseding Indictment, the defendants, ALEXUS HARRIS, SHATANNA JAMES, aka "Shadow," PAUL WILLIAMS, aka "Shadow," REGINALD HARRIS, aka "Reggie," D'ANGELO WILLIS, aka "Dlow," and VICTORIAH CARTIER, shall forfeit to the United States, under Title 18, United States Code, Section 2253(a)(3), all property, real or personal, used or intended to be used to commit or to promote the commission of the offense and all property traceable to the property used or intended to be used to commit the offense.