IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:20-CR-00327 KGB |
| | ) | |
| ALEXUS HARRIS | ) | |

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
APR 11 2024
IN OPEN COURT
TAMMY H. DOWNS
By: _____
DEPUTY CLERK

## SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

Between on or about September 1, 2020, to on or about September 4, 2020, in the Eastern District of Arkansas and elsewhere, the defendant,

ALEXUS HARRIS,

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person, namely, T.W., knowing and in reckless disregard of the fact that T.W. would be caused to engage in a commercial sex act, having had a reasonable opportunity to observe T.W. and knowing and in reckless disregard of the fact that T.W. had not attained the age of 18 years.

All in violation of Title 18, United States Code, Sections 1591(a) and (b)(2).

JONATHAN D. ROSS
United States Attorney

By: KRISTIN BRYANT
Bar No. 2009156
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, AR 72203
501-340-2600
Kristin.Bryant@usdoj.gov