**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

**v.**                       **Case No. 4:20-cr-00327-01 KGB**

**ALEXUS HARRIS**                                                         **DEFENDANT**

## <u>ORDER</u>

Immediately prior to the sentencing hearing the Court will convene a hearing for the parties to present any statements that they wish to present, or any arguments that they wish to make, regarding the defendant's cooperation, if any. This hearing will be conducted in every criminal case in which the defendant is convicted, whether the defendant has cooperated or not. The hearing will be conducted *in camera*, and the transcript of that hearing will be under seal. After the cooperation hearing is concluded, the sentencing hearing will be conducted separately. Cooperation will not be discussed during the sentencing hearing.

It is so ordered this 15th day of April 2024.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge